# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

136523

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
           Plaintiff-Appellant,

v

JOSEPH MARRHEW HASKIN,
           Defendant-Appellee.

SC: 136523
COA: 272103
Crawford CC: 05-002380-FH;
05-002352-FH

_____/

        By order of July 29, 2008, the application for leave to appeal the April 1, 2008 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Horton* (Docket No. 135021).  On order of the Court, the case having been decided on September 23, 2009, ___ Mich ___ (2009), the application is again considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk

p1116